UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOHN LATHROP,
d/b/a WORLD OF HURT,

    Plaintiff,

v.                                    Case No.: 3:05-cv-636-J-20MCR

UNITED STATES OF AMERICA,

    Defendant.
_____

## O R D E R

Pursuant to the Parties' Joint Stipulation of Voluntary Dismissal (Doc. No. 4, filed August. 3, 2005), the above-captioned case is hereby **DISMISSED WITH PREJUDICE**, each party to bear its own attorney's fees and costs. The Clerk shall close the file.

**DONE AND ENTERED** at Jacksonville, Florida, this ____ day of August, 2005.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:

Michael G. Tanner, Esq.
Albert C. Chin, Esq.
Edward B. Gaines, AUSA